## **CERTIFICATE OF SERVICE**

I, Sameen Rizvi, do hereby certify that on April 29, 2022, a copy of the foregoing **Answer to Complaint** was served in the manner indicated on the parties listed on the attached service list.

*/s/ Sameen Rizvi*
Sameen Rizvi (No. 6902)

## SERVICE LIST

**Counsel to Plaintiff**
Bradford J. Sandler, Esq.
Andrew W. Caine, Esq.
Jeffrey P. Nolan, Esq.
Peter J. Keane, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899
Email: bsandler@pszjlaw.com
       acaine@pszjlaw.com
       jnolan@pszjlaw.com
       pkeane@pszjlaw.com

**Via Email**