# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, *et al.*,[2]<br><br>　　　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Start Man Furniture, LLC, *et al.*,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>GRAPHICS EAST, INC.,<br><br>　　　　　　　　　　Defendant. | Adv. Proc. No. 22-50192 (CTG) |

　　　　I, Peter J. Keane, hereby certify that on the 29th day of September, 2023, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**Stipulation of Dismissal of Action with Prejudice**

　　　　　　　　　　　　　　　　　　*/s/ Peter J. Keane*
　　　　　　　　　　　　　　　　　　Peter J. Keane (DE Bar No. 5503)

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463)

Art Van Furniture
– Service List re Graphics East
Adv. Pro. No. 21-50192 (CSS)
Doc. No. 245131.1
05 – Email

**Email**
*(Counsel for Graphics East, Inc.)*
Matthew P. Taunt, Esquire
Matthew L. Boyd, Esquire
The Taunt Law Firm
700 E. Maple Road
Birmingham, MI 48009
**Email: mtaunt@tauntlaw.com**
**mboyd@tauntlaw.com**

**Email**
*(Counsel for Graphics East, Inc.)*
Christopher M. Samis, Esquire
R. Stphen McNeill, Esquire
Sameen Rizvi, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE  19801-3700
**Email: csamis@potteranderson.com**
**rmcneill@potteranderson.com**
**srizvi@potteranderson.com**